UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:
**KENNETH E. PATRIA,** and
**JESSICA L. PATRIA,**

Debtor(s).

Case No. 23-10110-KB
Chapter 13

## TRUSTEE'S MOTION TO DISMISS CASE

NOW COMES Andrew M. Dudley, Chapter 13 Trustee, and hereby moves to dismiss the above-captioned Chapter 13 case. In support of his Motion, the Trustee states:

1. The petition in this case was filed on March 8, 2023. Debtors' Chapter 13 Plan (docket #7) was confirmed on July 21, 2023 (docket #44).
2. As of the date of this Motion, the Debtors should have paid the Trustee $50,104.00 pursuant to the plan.
3. As of the date of this Motion, the Trustee has received $36,149.00.
4. Debtors' plan payments are now **$13,955.00** delinquent. Debtors' last payment was on September 3, 2025.
5. The next scheduled payment of $1,187.00 is due October 7, 2026.
6. The failure to make plan payments is cause for dismissal under 11 U.S.C. § 1307(c).

WHEREFORE, the Trustee requests that unless the Debtor brings plan payments current, files a motion to modify and modified plan or converts the case to one under Chapter 7, the above Chapter 13 case be dismissed or that the Court issue such other orders as may be appropriate.

Date: September 10, 2026

Respectfully Submitted:

*/s/Andrew M. Dudley*

ANDREW M. DUDLEY, Trustee
PO Box 429
Brunswick, Maine 04011-0429
(207) 725-1300